UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------X    Index No.    08 CV 03139

LISA SWANSON, Individually And On Behalf of All Others Similarly
Situated,

                          Plaintiff(s)

        Against                                                                          **Affidavit of Service of**
                                                                                         **Summons and Complaint**
CITIGROUPS INC., ET AL,

                          Defendant(s)
-----------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and
resides at BRONX, NY

That on April 09, 2008 at 03:00 PM at the address

                CT CORPORATION
                111 8TH AVENUE
                NEW YORK, NY 10011

deponent served the within Summons and Complaint

UPON:    **CITIGROUP INC.***

By personally delivering a true copy of the Summons and Complaint to SATI JAIRAM, managing agent thereof.


Deponent describes the person actually served as follows:
SEX:        FEMALE
SKIN:       Brown
HAIR:       Brown
AGE:        36-50
HEIGHT:   5'9"-6'0"
WEIGHT:   131-160
OTHER FEATURES:  Glasses


            I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any
            capacity whatsoever and received a negative response.  Said served wore ordinary civilian clothing and no military uniform.  The grounds of
            this belief and the source of my information in this regard are the observations and conversations accounted above.  Hence, upon information
            and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in
            the Federal statutes.


Sworn to before me this   17th day of April, 2008                         ANGELO RODRIGUEZ
                                                                          LICENSE NO.: 1000177

ANA E. SANCHEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01SA5067260
QUALIFIED IN  BRONX COUNTY
COMMISSION EXPIRES: October 15, 2010