UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------X   Index No.   08 CV 03139

LISA SWANSON, Individually And On Behalf of All Others Similarly Situated,

                        Plaintiff(s)

Against                                                            **Affidavit of Service of**

CITIGROUP   INC., ET AL,                               **Summons and Complaint**

                        Defendant(s)
-----------------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at NEW YORK, NY

That on April 17, 2008 at 11:39 AM at the address
        388 GREENWICH STREET
        NEW YORK, NY 10013

deponent served the within Summons and Complaint

UPON:   **CITIGROUP GLOBAL MARKETS INC.**

By personally delivering a true copy of the Summons and Complaint to RODD CORNER, VICE PRESIDENT, managing agent thereof.

Deponent describes the person actually served as follows:
SEX:     MALE
SKIN:    White
HAIR:    Black and Gray
AGE:     36-50
HEIGHT:  5'9"-6'0"
WEIGHT:  161-200

        I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

                                                                                        RAMON TORRES

Sworn to before me this     23rd day of April, 2008         LICENSE NO.: 1097961

REGENIA HYMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01HY6045811
QUALIFIED IN  NEW YORK COUNTY
COMMISSION EXPIRES: July 31, 2010