UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA SWANSON, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC., and CITI SMITH BARNEY,<br><br>　　　　　　　　　　Defendants. | Case No. 08-cv-3139 (LTS)<br><br>JUDGE LAURA T. SWAIN<br><br>**STIPULATION AND [PROPOSED] ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

MAY 0 1 2008

　　　　　　WHEREAS, plaintiff in the above-captioned action alleges claims arising out of the same facts and circumstances as plaintiffs in certain other actions pending before this Court;

　　　　　　WHEREAS, the complaint in the above-captioned action is governed by the provisions of the Private Securities Litigation Reform Act ("PSLRA");

　　　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that:

　　　　　　(a)　　defendants Citigroup Inc. ("Citigroup"), Citigroup Global Markets Inc. ("CGMI") and Smith Barney hereby do not waive any defenses, objections or arguments;

　　　　　　(b)　　defendants Citigroup, CGMI and Smith Barney shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, the complaint in the above-captioned action pending the filing of a consolidated amended complaint;

(c) counsel for plaintiff(s) and counsel for defendants Citigroup, CGMI, and Smith Barney will confer on a briefing schedule and submit a stipulation and proposed order to the Court following the appointment of Lead Plaintiff.

Dated: April 29, 2008
      New York, New York

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____

Brad S. Karp
Susanna M. Buergel
1285 Avenue of the Americas
New York, New York 10019-6064
Tel.  (212) 373-3000
Fax  (212) 757-3980
bkarp@paulweiss.com
sbuergel@paulweiss.com

Charles E. Davidow
1615 L Street, N.W.
Washington, D.C. 20036-5694
Tel.  (202) 223-7300
Fax  (202) 223-7420
cdavidow@paulweiss.com

*Attorneys for Defendants Citigroup Inc., Citigroup Global Markets Inc. and Smith Barney*

SEEEGER WEISS LLP

By: /s/ Stephen A. Weiss

Christopher A. Seeger
Stephen A. Weiss
David R. Buchanan
One William Street, 10th Floor
New York, NY 10004
Tel:  (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com
sweiss@seegerweiss.com
dbuchanan@seegerweiss.com

Daniel C. Girard
Jonathan K. Levine
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Norman E. Siegel
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

*Attorneys for Plaintiff*

SO ORDERED: /s/ 5/1/08
             U.S.D.J.

3