UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X   Index No.   08 CIV 3139

LISA SWANSON,

                Plaintiff(s)

Against                                                         Affidavit of Service of

CITIGROUP INC., ET AL,                             Initial Conference Order

                Defendant(s)

---------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BRONX, NY

That on May 02, 2008 at 03:35 PM at the address

        388 GREENWICH STREET
        NEW YORK, NY 10013

deponent served the within Initial Conference Order

UPON:   **CITIGROUP GLOBAL MARKETS INC.**

By personally delivering a true copy of the Initial Conference Order to FERN STRAUSS, managing agent thereof.

Deponent describes the person actually served as follows:
SEX:      FEMALE
SKIN:     White
HAIR:     Brown
AGE:      36-50
HEIGHT:  5'0"-5'3"
WEIGHT:  131-160

        I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

                                                                              ANGELO RODRIGUEZ

Sworn to before me this     2nd day of May, 2008             LICENSE NO.: 1000177

REGENIA HYMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01HY6045811
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES: July 31, 2010