UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

LHB INSURANCE BROKERAGE INC., individually
and on behalf of all others similarly situated,

              Plaintiffs,

-v-                                    No. 08 Civ. 3095(LTS) (FM)

CITIGROUP INC. and CITIGROUP
GLOBAL MARKETS, INC.,

              Defendants.
-------------------------------------------------------------x

LISA SWANSON, individually and on behalf
of all others similarly situated,

              Plaintiffs,

-v-                                    No. 08 Civ. 3139 (LTS) (AJP)

CITIGROUP INC., CITIGROUP GLOBAL
MARKETS, INC. and CITI SMITH BARNEY,

              Defendants.
-------------------------------------------------------------x

SAMUEL A. STOCKHAMER and ALICE L.
STOCKHAMER, on behalf of themselves and
on all others similarly situated,

              Plaintiffs,

-v-                                    No. 08 Civ. 3904 (LTS) (KNF)

CITIGROUP INC., and CITIGROUP GLOBAL
CAPITAL MARKETS, INC.,

              Defendants.
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 1 2008

WEDGEWOOD TACOMA LLC, individually and
on behalf of all others similarly situated,

                Plaintiffs,

-v-                                            No. 08 Civ. 4360 (LTS) (FM)

CITIGROUP INC., CITIGROUP GLOBAL
MARKETS, INC. and CITI SMITH BARNEY,

                Defendants.
-------------------------------------------------------------x

SAED GHALAYINI, individually and
on behalf of all others similarly situated,

                Plaintiffs,

-v-                                            No. 08 Civ. 5016

CITIGROUP INC., CITIGROUP GLOBAL
MARKETS, INC. and CITI SMITH BARNEY,

                Defendants.
-------------------------------------------------------------x

## ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPOINTMENT OF LEAD COUNSEL MOTIONS

        Plaintiff Wedgewood Tacoma, LLC, together with movant Jemstone, LLC, moves the Court to consolidate the above-captioned putative class actions and moves the Court for an order appointing them lead plaintiffs and their counsel lead counsel. Movants David Dignam and Ted Link (collectively "the Dignam Group") also move the Court to consolidate the above-captioned putative class actions and move the Court for an order appointing the Dignam Group lead plaintiff and its counsel lead counsel. Movant Dr. Michael A. Passidomo moves the Court to consolidate the above-captioned actions putative class actions and moves the Court for an

order appointing him lead plaintiff and his counsel lead counsel. Plaintiff LHB Insurance Group, moves the Court for an order appointing it lead plaintiff. The Court construes each motion to relate to the above-captioned actions and any class actions relating to the same subject matter as the above-captioned actions hereafter filed in or transferred to this Court.

According to the affidavits filed in support of these motions, PSLRA notice was published by counsel in the first-filed action – 08 Civ. 3095 – on or about March 27, 2008. Pursuant to the 60-day deadline established by 15 U.S.C. § 78u-4(a)(3)(A)(i), it thus appears that no further motions concerning the appointment of lead plaintiff in this litigation may be filed. Accordingly, it is hereby ORDERED that:

Any and all papers in opposition to the afore-mentioned motions must be filed with this Court and served on all parties, with a courtesy copy provided for the Chambers of the undersigned, so as to be received no later than June 16, 2008. Any and all reply papers must be filed and served, with a courtesy copy to Chambers, no later than June 20, 2008.

A hearing concerning the appointment of a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(B) and the applications for appointment of lead plaintiffs' counsel and for consolidation will be held in this matter on June 24, 2008, at 12:45 p.m. in Courtroom No. 17C,[1] Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

The submission and consultation requirements of the Initial Conference Orders previously issued in the above-captioned cases, and the pre-trial conference schedule set by those Orders, are suspended pending further Order of the Court.

---

[1] On the day of the hearing, check the electronic board in the lobby to be certain of the proper courtroom.

The Clerk of Court is respectfully requested to docket this Order in each of the above-captioned actions.

SO ORDERED.

Dated: New York, New York
June 11, 2008

LAURA TAYLOR SWAIN
United States District Judge