SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lisa Swanson          Plaintiff,

- against -

Citigroup Inc., et al.    Defendant.

08 cv 03139 (LTS)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 2 2008

Upon the motion of Jonathan K. Levine attorney for Plaintiff, Lisa Swanson
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | A. J. De Bartolomeo |
| Firm Name: | Girard Gibbs LLP |
| Address: | 601 California Street, Suite 1400 |
| City/State/Zip: | San Francisco, CA 94108 |
| Telephone/Fax: | (415) 981-4800 |
| Email Address: | ajd@girardgibbs.com |

is admitted to practice pro hac vice as counsel for Plaintiff, Lisa Swanson in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 6/11/08
City, State: New York, NY

United States District/~~Magistrate~~ Judge