UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LHB INSURANCE BROKERAGE INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIGROUP INC. and CITIGROUP GLOBAL MARKETS INC.,<br><br>    Defendants. | Case No. 08-CV-3095 (LTS) |
| LISA SWANSON, Individually And On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC., and CITI SMITH BARNEY,<br><br>    Defendants. | Case No. 08-CV-3139 (LTS) |
| SAMUEL A. STOCKHAMER and ALICE L. STOCKHAMER, on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC., and CITI SMITH BARNEY,<br><br>    Defendants. | Case No. 08-CV-3904 (LTS) |

| | |
|---|---|
| WEDGEWOOD TACOMA LLC, Individually And On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC., and CITI SMITH BARNEY,<br><br>          Defendants. | Case No. 08-CV-4360 (LTS)<br><br>JUDGE LAURA T. SWAIN<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants in the above-captioned actions.

Dated: June 13, 2008
New York, New York

                                        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                        By:    /s/ Brad S. Karp

                                        Brad S. Karp
                                        1285 Avenue of the Americas
                                        New York, New York  10019-6064
                                        Tel.   (212) 373-3000
                                        Fax   (212) 757-3980
                                        bkarp@paulweiss.com

                                        *Attorneys for Defendants*