UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LHB INSURANCE BROKERAGE INC., on behalf of itself and all others similarly situated,<br><br>                  Plaintiff,<br><br>                  v.<br><br>CITIGROUP INC. and CITIGROUP GLOBAL MARKETS INC.,<br><br>                  Defendants. | Case No. 08-CV-3095 (LTS) |
| LISA SWANSON, Individually And On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>                  v.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC., and CITI SMITH BARNEY,<br><br>                  Defendants. | Case No. 08-CV-3139 (LTS) |
| SAMUEL A. STOCKHAMER and ALICE L. STOCKHAMER, on Behalf of Themselves and All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>                  v.<br><br>CITIGROUP INC. and CITIGROUP GLOBAL MARKETS INC.,<br><br>                  Defendants. | Case No. 08-CV-3904 (LTS) |

| | |
|---|---|
| WEDGEWOOD TACOMA LLC, Individually And On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC., and CITI SMITH BARNEY,<br><br>      Defendants. | Case No. 08-CV-4360 (LTS)<br><br>JUDGE LAURA T. SWAIN<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for Defendants in the above-captioned actions states as follows:

Smith Barney is a division of CGMI. Smith Barney has no separate corporate existence, and therefore is not a corporate party to this action within the meaning of Rule 7.1. This statement should not be construed so as to concede that Smith Barney is a judicially recognizable entity.

CGMI is an indirect, wholly-owned subsidiary of Citigroup Global Markets Holdings Inc., which is a wholly-owned subsidiary of Citigroup Inc.

Citigroup Inc. is a publicly-traded corporation that has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: June 13, 2008
New York, New York

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By: /s/ Brad S. Karp

        Brad S. Karp
        Susanna M. Buergel
        1285 Avenue of the Americas
        New York, New York 10019-6064
        Tel. (212) 373-3000
        Fax (212) 757-3980
        bkarp@paulweiss.com
        sbuergel@paulweiss.com

Charles E. Davidow
1615 L Street, N.W.
Washington, D.C. 20036-5694
Tel.   (202) 223-7300
Fax    (202) 223-7420
cdavidow@paulweiss.com

*Attorneys for Defendants*