Christopher A. Seeger, Esq.
Stephen A. Weiss, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel. (212) 584-0700
Fax. (212) 584-099

Attorneys for Plaintiff



**MEMO ENDORSED**

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lisa Swanson, Individually And On Behalf of All Others Similarly Situated, ) ) ) ) ) ) Plaintiff, ) ) v. ) ) Citigroup Inc., Citigroup Global Markets, Inc. and ) Citi Smith Barney, ) ) Defendants. ) | Civil Action No.: 08-cv-3139<br><br>**PLAINTIFF'S MOTION TO ADMIT COUNSEL *PRO HAC VICE***<br><br>ELECTRONICALY FILED CASE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United Stated District Courts for

the Southern and Eastern Districts of New York, I, Stephen A. Weiss, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice*

of the following two attorneys of the same firm:

        Applicants' Names: NORMAN E. SIEGEL and MATTHEW L. DAMERON
        Firm Name:       Stueve Siegel Hanson LLP
        Address:         460 Nichols Road, Suite 200
        City/State/Zip:   Kansas City, Missouri 64112
        Tel:             (816) 714-7170
        Fax:           (816) 714-7101

NORMAN E. SIEGEL is a member in good standing of the United States District Court for the District of Kansas and the Western District of Missouri. There are no pending disciplinary proceedings against Mr. Siegel in any State or Federal Court.

MATTHEW L. DAMERON is a member in good standing of the United States District Court for the District of Kansas and the Western District of Missouri. There are no pending disciplinary proceedings against Mr. Dameron in any State or Federal Court. Attached hereto as Exhibit A are original certificates of good standing for Mr. Siegel and Mr. Dameron from the U.S. District Court of Kansas and the Western District of Missouri.

Dated: May 29, 2008
New York, New York

> The application is denied without prejudice to renewal in compliance with SDNY Local Civil Rule 1.3(c), which requires the submission of certificates of good standing for each of the states in which the applicant is a member of the bar.
>
> SO ORDERED.
>
> /s/ Laura Taylor Swain 7/14/08
> LAURA TAYLOR SWAIN
> UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Stephen A. Weiss
Stephen A. Weiss (SW-3520)
Christopher A. Seeger (CS-4880)
SEEGER WEISS LLP
One William Street
New York, NY 10004
(212) 584-0700 telephone
(212) 584-0799 facsimile
sweiss@seegerweiss.com
cseeger@seegerweiss.com

2